## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ultra Safe Nuclear Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12443 (KBO)<br><br>(Jointly Administered)<br><br>**Sale Objection Deadline:**<br>**December 11, 2024 at 4:00 p.m. (ET)** |

## NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, SALE HEARING, AND OBJECTION DEADLINE

**PLEASE TAKE NOTICE THAT** on October 29, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") their motion (the "**Motion**")[2] for entry of (a) an order (i) approving bidding procedures, substantially in the form attached as Annex 1 to the Bidding Procedures Order (the "**Bidding Procedures**"), to govern the marketing and sale of all or substantially all of the Debtors' assets (the "**Assets**"), (ii) approving bid protections in connection therewith, (iii) authorizing the Debtors to schedule an auction to sell the Assets (the "**Auction**"), (iv) scheduling the hearing to approve a sale of the Assets (the "**Sale Hearing**"), (v) approving the form and manner of notice of the proposed sale transactions, the Bidding Procedures, the Auction, the Sale Hearing, and related dates and deadlines, and (vi) authorizing procedures governing the assumption and assignment of certain executory contracts and unexpired leases (the "**Assigned Contracts**") to the prevailing bidder(s) acquiring the Debtors' assets (each, a "**Successful Bidder**"); and (b) one or more orders (collectively, the "**Sale Order**") (i) approving the applicable form(s) of purchase agreement between the Debtors and the Stalking Horse Bidder (as defined below) or any other Successful Bidder(s), and (ii) authorizing the sale(s) (collectively, the "**Sale**") of the Assets and the assumption and assignment of the Assigned Contracts to the Stalking Horse Bidder or such other Successful Bidder free and clear of all liens, claims, encumbrances, and other interests (collectively, "**Liens**"), other than any permitted Liens as set forth in the applicable form(s) of purchase agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Ultra Safe Nuclear Corporation (9774); Ultra Safe Nuclear Corporation – Technologies (9815); USNC-Power Ltd. (6500); and Global First Power Limited (7980). The Debtors' mailing address is 200 Europia Ave., Oak Ridge, Tennessee 37830.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures. Any summary of the Bidding Procedures Order or the Bidding Procedures contained herein is qualified in its entirety by the actual terms and conditions thereof. To the extent that there is any conflict between any such summary and such actual terms and conditions, the actual terms and conditions shall control.

**PLEASE TAKE FURTHER NOTICE THAT** on November 21, 2024, the Bankruptcy Court entered the *Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief* [Docket No. 141] (the "**Bidding Procedures Order**") and approved the Bidding Procedures attached thereto as Annex 1. Pursuant to the Bidding Procedures Order, the Auction shall be held at the offices of Intrepid Investment Bankers LLC, 1221 Avenue of the Americas, 9th Floor, New York, New York 10020, on December 12, 2024 at 10:00 a.m. (prevailing Eastern Time). Only Qualified Bidders and the Stalking Horse Bidder shall be entitled to make any bids at the Auction.

**PLEASE TAKE FURTHER NOTICE THAT** to participate in the bidding process or otherwise be considered for any purpose under the Bidding Procedures, a person or entity interested in consummating a Sale (a "**Potential Bidder**") must deliver or have previously delivered, if determined to be necessary by the Debtors in their sole discretion, among other things:

(i) an executed confidentiality agreement on terms acceptable to the Debtors (a "**Confidentiality Agreement**"), to the extent not already executed; and

(ii) information demonstrating (in the Debtors' reasonable business judgment) that the Potential Bidder has the financial capability to consummate the applicable Sale, including, but not limited to, the most current audited and latest unaudited financial statements (the "**Financials**") of the Potential Bidder (or such other form of financial disclosure acceptable to the Debtors in their discretion) (or, if the Potential Bidder is an entity formed for the purpose of acquiring the Assets, (x) Financials of the equity holder(s) of the Potential Bidder or such other form of financial disclosure as is acceptable to the Debtors, in consultation with: (a) the DIP Lender and Prepetition First Lien Lender, and (b) the advisors to the Committee (collectively, the "**Consultation Parties**"), and (y) a written funding commitment acceptable to the Debtors and their advisors, in consultation with the Consultation Parties, of the equity holder(s) of the Potential Bidder to be responsible for the Potential Bidder's obligations in connection with the applicable Sale).

Each Bid must be transmitted via email (in .pdf or similar format) so as to be <u>actually received</u> by the Notice Parties on or before 4:00 p.m. (prevailing Eastern Time) on December 9, 2024 (the "**Bid Deadline**").

The Prevailing Bid will be subject to Bankruptcy Court approval. The Sale Hearing to approve the Sale to the Successful Bidder(s), free and clear of all liens, claims, interests, charges, and encumbrances (with any such liens, claims, interests, charges, and encumbrances attaching to the net proceeds of the Sale with the same rights and priorities therein as in the sold Assets), shall take place at **3:00 p.m. (prevailing Eastern time) on December 18, 2024**, before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. The Debtors may, in consultation with the Consultation Parties, designate the Backup Bid (and the corresponding Backup Bidder) to purchase the Assets without the need for further order of the Bankruptcy Court

and without the need for further notice to any interested parties, in the event that the Successful Bidder(s) does not close the Sale.  The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by filing a notice or hearing agenda on the docket of the Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** any objections to the Sale or the relief requested in connection with the Sale (a "**Sale Objection**") must:  (a) be in writing; (b) comply with the Bankruptcy Rules; (c) set forth the specific basis for the Sale Objection; and (d) be served upon (such as to be actually received by) the following parties (the "**Objection Notice Parties**") on or before **4:00 p.m. (prevailing Eastern Time) on December 11, 2024** (the "**Sale Objection Deadline**").

(a) counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn:  Michael R. Nestor, Esq. (mnestor@ycst.com); Matthew B. Lunn, Esq. (mlunn@ycst.com); and Elizabeth S. Justison, Esq. (ejustison@ycst.com);

(b) counsel for the DIP Lender and Prepetition First Lien Lender, (a) Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, Attn: Robert M. Hirsh, Esq. (robert.hirsh@nortonrosefulbright.com) and Francisco Vazquez, Esq. (francisco.vazquez@nortonrosefulbright.com), and (b) Morris James LLP, 500 Delaware Ave., Suite 1500, Wilmington, Delaware 19801, Attn:  Eric J. Monzo, Esq. (emonzo@morrisjames.com);

(c) counsel for the Prepetition Secured Noteholder, Greenberg Traurig, One Vanderbilt Avenue, New York, New York 10017, Attn:  Nathan A. Haynes, Esq. (haynesn@gtlaw.com); and

(d) proposed counsel to the Committee, (a) Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004, Attn:  Robert J. Gayda, Esq. (gayda@sewkis.com) and Catherine V. LoTempio, Esq. (lotempio@sewkis.com), and (b) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801, Attn:  Christopher M. Samis, Esq. (csamis@potteranderson.com) and Jeremy W. Ryan, Esq. (jryan@potteranderson.com).

Objections, if any, to material modifications to the form of Sale Order with a Successful Bidder and to the form of asset purchase agreement with a Successful Bidder other than the Stalking Horse Bidder, must be made by the Buyer Specific Objection Deadline, which, for the avoidance of doubt, is no later than one (1) hour prior to the commencement of the Sale Hearing.  For the avoidance of doubt, objections to the form of Sale Order attached as Exhibit B to the Stalking Horse Agreement and/or to the Stalking Horse Agreement must be made by the Sale Objection Deadline.

> **If a Sale Objection is not filed and served in accordance with the foregoing requirements, the objecting party shall be barred from objecting to the Sale and shall not be heard at the Sale Hearing, and the Bankruptcy Court may enter the Sale Order without further notice to such party.**

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain copies of the Motion, the Bidding Procedures, the Bidding Procedures Order, the applicable underlying agreements, or any other pleadings or orders of the Bankruptcy Court, they are publicly available, for a fee via PACER at: http:/www.deb.uscourts.gov, or free of charge from the claims agent at **https://cases.stretto.com/usnc**. Such documents and pleadings may also be obtained by calling the Debtors' restructuring hotline at (855) 492-2381 (toll-free) or (714) 716-1979 (international).

Dated: November 25, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Elizabeth S. Justison (No. 5911)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
　　　　mlunn@ycst.com
　　　　ejustison@ycst.com
　　　　sborovinskaya@ycst.com

*Counsel to the Debtors and
Debtors in Possession*