# Exhibit A

**From:** Lunn, Matthew
**Sent:** Wednesday, December 11, 2024 4:57:52 PM
**To:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Cc:** Justison, Elizabeth <EJustison@ycst.com>; Matthew Thompson <matthew.thompson@nelsonmullins.com>; Arina Shulga <arina.shulga@nelsonmullins.com>; tommy@standardnuclear.com <tommy@standardnuclear.com>; Keeley MacAfee <keeley@standardnuclear.com>; Carl Comstock <CComstock@intrepidib.com>
**Subject:** RE: Ultra Safe Nuclear Corporation

Peter:

Confirmed that there will be no auction for the assets that are the subject of Standard Nuclear's purchase agreement.

Best,
Matt



**Matthew B. Lunn, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6646
mlunn@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Sent:** Wednesday, December 11, 2024 4:56 PM
**To:** Lunn, Matthew <mlunn@ycst.com>
**Cc:** Justison, Elizabeth <EJustison@ycst.com>; Matthew Thompson <matthew.thompson@nelsonmullins.com>; Arina Shulga <arina.shulga@nelsonmullins.com>; tommy@standardnuclear.com; Keeley MacAfee <keeley@standardnuclear.com>; Carl Comstock <CComstock@intrepidib.com>
**Subject:** RE: Ultra Safe Nuclear Corporation

Matt

Not having received any notice from the Debtors regarding qualified bids and having received a call from Liz Justison confirming that no other parties qualified to bid on the assets that are the subject of the asset purchase agreement between the Debtors and Standard Nuclear, Inc. (the "Stalking Horse Assets") I understand that there will be no auction for those assets.

We have received a notice from the Debtors' investment bankers about a zoom call tomorrow (12/12) but based on the facts set forth above and my call with Liz this afternoon, I understand that the subject of that call will not involve the Stalking Horse Assets.

If my understanding is in any way incorrect, please let me know.

Thanks

PJH



## NELSON MULLINS

PETER J. HALEY  PARTNER
peter.haley@nelsonmullins.com

ONE FINANCIAL CENTER | SUITE 3500

BOSTON, MA 02111

T 617.217.4714   F 617.217.4710
NELSONMULLINS.COM    VCARD   VIEW BIO

**From:** Peter Haley
**Sent:** Tuesday, December 10, 2024 5:32 PM
**To:** mlunn@ycst.com
**Subject:** Ultra Safe Nuclear Corporation

Matt

The bidding procedures order requires the Debtor to file a notice identifying all qualified bidders within 24 hours of making that determination.
To date, no notice has been filed.
Please confirm that the Debtor, in consultation with the notice parties, has not made any determination as to the existence of any qualified bids.
Thank you for your courtesy in this matter.

PJH



## NELSON MULLINS

PETER J. HALEY  PARTNER
peter.haley@nelsonmullins.com

ONE FINANCIAL CENTER | SUITE 3500

BOSTON, MA 02111

T 617.217.4714   F 617.217.4710
NELSONMULLINS.COM    VCARD   VIEW BIO