# Exhibit B

**From:** Lunn, Matthew <mlunn@ycst.com>
**Sent:** Wednesday, December 11, 2024 8:00 PM
**To:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Subject:** Fw: Ultra Safe Nuclear Corporation

Peter -- I wanted to give you a heads up as this is happening real time.  As a result of Standard not agreeing to release certain of the assets currently included as part the stalking horse bid to the other bidder as Intrepid requested earlier, that bidder is now likely to supplement / modify its bid to include the fuel business.  We have been in consultation with the Committee and suspect that if such a bid is submitted prior to the commencement it is likely to be qualified as a modification to the prior bid.  I will keep you updated but stay tuned as there may now be an auction for the assets that are the subject of Standard's APA tomorrow morning.

Best,
Matt