# Exhibit C

# Peter Haley

| | |
|---|---|
| **From:** | Lunn, Matthew <mlunn@ycst.com> |
| **Sent:** | Wednesday, December 11, 2024 11:01 PM |
| **To:** | Peter Haley |
| **Cc:** | William D. Sullivan (bsullivan@sha-llc.com); Gayda, Robert J.; robert.hirsh@nortonrosefulbright.com |
| **Subject:** | Re: Ultra Safe Nuclear Corporation |

**External Source/Sender notice**
Use caution responding or clicking links/attachments.

**Report Suspicious**

Prior to the commencement of the auction.

---

**From:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Sent:** Wednesday, December 11, 2024 10:53:51 PM
**To:** Lunn, Matthew <mlunn@ycst.com>
**Cc:** William D. Sullivan (bsullivan@sha-llc.com) <bsullivan@sha-llc.com>; Gayda, Robert J. <gayda@sewkis.com>; robert.hirsh@nortonrosefulbright.com <robert.hirsh@nortonrosefulbright.com>
**Subject:** RE: Ultra Safe Nuclear Corporation

By what time do the Debtors intend to advise Standard Nuclear that there are qualified bids?

PJH


Peter Haley
peter.haley@nelsonmullins.com
617.217.4714