# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Ultra Safe Nuclear Corporation, *et al.*,[1] | Case No. 24-12443 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 33 & 141 |

## NOTICE IDENTIFYING QUALIFIED BIDDERS

**PLEASE TAKE NOTICE** that, on October 30, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests* [Docket No. 33] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on November 21, 2024, the Court entered the *Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief* [Docket No. 141] (the "**Bidding Procedures Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the deadline for Qualified Bidders to submit bids for the Assets was December 9, 2024 at 4:00 p.m. (ET).[3] The Bidding Procedures Order provided that, within twenty-four (24) hours after the Debtors determine which Bids (if any) are Qualified Bids, the Debtors are to file a notice identifying the Qualified Bidders. As such, the Debtors have determined that, in addition to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Ultra Safe Nuclear Corporation (9774); Ultra Safe Nuclear Corporation – Technologies (9815); USNC-Power Ltd. (6500); and Global First Power Limited (7980). The Debtors' mailing address is 200 Europia Ave., Oak Ridge, Tennessee 37830.

[2] Capitalized terms used but not defined herein have the meaning given to such terms in the Motion or the Bidding Procedures Order, as applicable.

[3] The Debtors reserved the right to extend the Bid Deadline in consultation with the Consultation Parties in accordance with the Bidding Procedures.

Stalking Horse Bidder, the following parties are identified as Qualified Bidders for some or all of Assets:

- Nano Nuclear Energy Inc.
- Emerald Nuclear Inc.
- Global SMR Inc.
- Climate Change Ventures Limited
- Zeno Power Systems, Inc.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction will be held at the offices of Intrepid Investment Bankers LLC, 1221 Avenue of the Americas, 9th Floor, New York, New York 10020, on December 12, 2024. Only the identified Qualified Bidders and the Stalking Horse Bidder shall be entitled to make any bids at the Auction.

| | |
|---|---|
| Dated: December 12, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Shella Borovinskaya*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Elizabeth S. Justison (No. 5911)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>　　　　mlunn@ycst.com<br>　　　　ejustison@ycst.com<br>　　　　sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |