# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Ultra Safe Nuclear Corporation, *et al.*,[1] | Case No. 24-12443 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 166 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 166

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Motion for Entry of an Order Extending Time to File Initial Rule 2015.3 Reports* [Docket No. 166] (the "**Motion**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on November 27, 2024.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on December 11, 2024.

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Ultra Safe Nuclear Corporation (9774); Ultra Safe Nuclear Corporation – Technologies (9815); USNC-Power Ltd. (6500); and Global First Power Limited (7980). The Debtors' mailing address is 200 Europia Ave., Oak Ridge, Tennessee 37830.

|  |  |
|---|---|
| Dated: December 12, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Elizabeth S. Justison (No. 5911)<br>Shella Borovinskaya (No. 6758)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mnestor@ycst.com<br>　　　　mlunn@ycst.com<br>　　　　ejustison@ycst.com<br>　　　　sborovinskaya@ycst.com<br><br>*Counsel to the Debtors and<br>Debtors in Possession* |