**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ULTRA SAFE NUCLEAR CORPORATION, *et al,* | Case No. 24-12443-KBO |
| Debtors. | |

**UT-BATTELLE, LLC'S MOTION TO SEAL EXHIBITS TO ITS LIMITED OBJECTION TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

UT-Battelle, LLC ("UT Battelle"), by and through its undersigned counsel, hereby moves for an order, substantially in the form attached hereto as **Exhibit 1** (the "Proposed Order"), permitting it to file Exhibit A to its limited objection (the "Objection") to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* (the "Assumption/Assignment Notice", ECF No. 152) by Ultra Safe Nuclear Corporation ("USNC"), Ultra Safe Nuclear Corporation – Technologies, USNC-Power Ltd., and Global First Power Ltd. (collectively, the "Debtors"). In support hereof, UT-Battelle respectfully states as follows:

**BACKGROUND**

1.      UT-Battelle is a nonprofit company formed in partnership between the University of Tennessee and the Battelle Memorial Institute to manage and operate the Oak Ridge National Laboratory in Oakridge, Tennessee. UT-Battelle manages and operates the Oak Ridge National Laboratory under an agreement with the United States Department of Energy ("DOE").

2.      UT-Battelle is or was a licensor, on behalf of the DOE, to three (3) patent license agreements (collectively, the "License Agreements") with USNC. Copies of the

License Agreements are attached to the Objection as Exhibit A. The License Agreements contain sensitive business information.

3.      On October 28, 2024, Debtors and Standard Nuclear, Inc. entered into an asset purchase agreement (the "Stalking Horse Agreement"), with Standard Nuclear acting as a stalking horse bidder in order to purchase certain of Debtors' assets.

4.      On October 29, 2024, Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code.

5.      On October 30, 2024, Debtors filed *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests* (the "Sale Motion"). (ECF No. 33.) Among other things, the Sale Motion sought approval of certain procedures for assumption, assignment, and rejection of executory contracts.

6.      The Court approved the bidding procedures under the Sale Motion pursuant to a bidding procedures order entered on November 21, 2024. (ECF No. 141.) The bidding procedures order preserved UT-Battelle's objection to the Stalking Horse Agreement and the potential assumption and assignment of the License Agreements. (*Id.* at 12, ¶ 27.)

7.      On November 26, 2024, Debtors filed the Assumption/Assignment Notice. Exhibit 1 of the Assumption/Assignment Notice listed the License Agreements with UT-Battelle, as well as the fourth, terminated agreement, PLA-2011. (ECF No. 152-1 at 4.).

8.      As noted above, the three License Agreements are attached as Exhibit A to the Objection. Exhibits B and C to the License Agreements (which are included in Exhibit A to the Objection) contain UT-Battelle's highly sensitive business information. Due to the sensitive nature of this information, Exhibits B and C to each of the License Agreements feature a prominent confidentiality notice:

## NOTICE

This Exhibit contains financial and commercial information that is BUSINESS SENSITIVE and the Parties hereby agree not to use or disclose this Exhibit to any third party without the advance written approval of the other Party, except: (1) to those necessary to enable the Parties to perform under this Agreement; (2) as may be required by the UT-Battelle Prime Contract with the DOE under the same restrictions as set forth herein; or (3) in event of breach of any provision of this Agreement by either Party, to those deemed necessary by the non-breaching Party to enforce the non-breaching Party's rights under the Agreement.

(Exhibits B and C to each License Agreement.)

## ARGUMENT

9.      As is set forth above, Exhibit A to the Objection contains highly sensitive business information which has been conspicuously designated as such in the License Agreements. Accordingly, UT-Battelle requests that this Court enter an order sealing the unredacted version of the Objection and authorizing UT-Battelle to file a redacted version. A proposed redacted version of the Objection and Exhibits will be filed contemporaneously with this Motion to Seal.

10.     Section 107 of the Bankruptcy Code provides the authority for a bankruptcy court to protect individuals and entities from potential harm that may result from the disclosure of certain confidential information. 11 U.S.C. § 107. Similarly, section 105(a) codifies the inherent equitable powers of bankruptcy courts and empowers them to "issue

3

any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." *Id.* § 105(a). Local Bankruptcy Rule 9018-1(d) states that "any entity seeking to file a document under seal must file a motion requesting such relief."

11.     UT-Battelle respectfully submits that it is appropriate to authorize it to file under seal Exhibit A to the Objection because such exhibit contains highly sensitive business information.

12.     The Debtors have in their possession unredacted versions of the License Agreements and, to the extent the Office of the United States Trustee does not already have in their possession, UT-Battelle will make them available upon request.

13.     For these reasons, UT-Battelle should be authorized to file those redacted portions of the Objection under seal. UT-Battelle submits that other parties in interest will not be materially prejudiced because the unredacted License Agreements will be reviewed by the Court.

## **COMPLIANCE WITH LOCAL RULE 9018-1(d)**

14.     In accordance with Local Bankruptcy Rule 9018-1(d), counsel to UT-Battelle conferred with counsel for the Debtors, who agreed that Exhibit A to the Objection may be sealed.

## **NOTICE**

15.     Notice of this motion shall be given to all parties registered to receive CM/ECF notifications in these cases. In light of the nature of the relief requested in this motion to seal, UT-Battelle submits no other or further notice is necessary.

## **CONCLUSION**

WHEREFORE, UT-Battelle respectfully requests that the Court enter the Proposed

Order granting the relief requested herein and such other and further relief as is appropriate.


Dated: December 13, 2024
      Wilmington, Delaware

**KLEIN LLC**

*/s/ Julia B. Klein*
Julia B. Klein (No. 5198)
225 W 14th Street, Suite 100
Wilmington, Delaware 19801
(302) 438-0456
klein@kleinllc.com

      and

Gordon J. Toering, Esq (admitted
*pro hac vice*)
**WARNER NORCROSS + JUDD LLP**
150 Ottawa Ave. NW, Ste. 1500
Grand Rapids, MI 49503
(616) 752-2185
GToering@wnj.com

*Counsel for UT-Battelle, LLC*