# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ULTRA SAFE NUCLEAR CORPORATION, *et al*, | Case No. 24-12443-KBO |
| Debtors. | **Re: D.I.** \_\_\_\_ |

**ORDER GRANTING UT-BATTELLE, LLC'S MOTION TO SEAL EXHIBITS TO ITS LIMITED OBJECTION TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS**

Upon the motion by UT-Battelle, LLC ("UT Battelle") for an order permitting it to file Exhibit A to its limited objection (the "Objection") to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* (the "Assumption/Assignment Notice", ECF No. 152) by Ultra Safe Nuclear Corporation ("USNC"), Ultra Safe Nuclear Corporation –Technologies, USNC-Power Ltd., and Global First Power Ltd. (collectively, the "Debtors"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the circumstances; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted. Any objections, whether filed or not, to the relief requested by the Motion are hereby overruled with prejudice.

2. UT-Battelle is authorized to file Exhibit A to the Objection under seal.

3. UT-Battelle is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.