# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ULTRA SAFE NUCLEAR CORPORATION, *et al,* | Case No. 24-12443-KBO |
| Debtors. | **Obj. Deadline: 12/27/24** |

## NOTICE OF UT-BATTELLE, LLC'S MOTION TO SEAL EXHIBITS TO ITS LIMITED OBJECTION TO DEBTORS' NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE THAT**, on December 13, 2024, UT-Battelle, LLC ("UT Battelle") filed the motion for an order permitting it to file Exhibit A to its Limited Objection to the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, in accordance with the local rules and served upon the undersigned counsel on or before **December 27, 2024**, at 4:00 p.m. (ET) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such response is not otherwise timely resolved, a hearing to consider such response and the Motion will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, at a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE IF NO RESPONSES OR OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCYCOURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: December 13, 2024 | **KLEIN LLC** |
| | */s/ Julia B. Klein* |
| | Julia B. Klein (No. 5198) |
| | 225 W 14th Street, Suite 100 |
| | Wilmington, Delaware 19801 |
| | (302) 438-0456 |
| | klein@kleinllc.com |

and

Gordon J. Toering, Esq (admitted *pro hac vice*)
**WARNER NORCROSS + JUDD LLP**
150 Ottawa Ave. NW, Ste. 1500
Grand Rapids, MI 49503
(616) 752-2185
GToering@wnj.com

*Counsel for UT-Battelle, LLC*