# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ultra Safe Nuclear Corporation, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12443 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 33 & 141** |

## NOTICE OF SUCCESSFUL BIDDERS AND BACK-UP BIDDERS

**PLEASE TAKE NOTICE** that, on October 30, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests* [Docket No. 33] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on November 21, 2024, the Court entered the *Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief* [Docket No. 141] (the "**Bidding Procedures Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, on December 12, 2024, the Debtors conducted an Auction for the Sale of the Assets. At the conclusion of the Auction, the Debtors selected (i) Standard Nuclear, Inc. as the Successful Bidder for the Assets subject to the Stalking Horse Agreement, with a Bid comprised of a $32,500,000 cash purchase price plus the assumption of certain liabilities; (ii) Nano Nuclear Energy Inc. as the Successful Bidder for substantially all other Assets, with a Bid comprised of a $8,500,000 cash purchase price plus the assumption of certain liabilities; (iii) Nano Nuclear

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Ultra Safe Nuclear Corporation (9774); Ultra Safe Nuclear Corporation – Technologies (9815); USNC-Power Ltd. (6500); and Global First Power Limited (7980). The Debtors' mailing address is 200 Europia Ave., Oak Ridge, Tennessee 37830.

[2] Capitalized terms used but not defined herein have the meaning given to such terms in the Motion or the Bidding Procedures Order, as applicable.

Energy Inc. as the Back-Up Bidder for substantially all of the Assets, including the Assets subject to the Stalking Horse Agreement, with a Bid comprised of a $36,190,000 cash purchase price plus the assumption of certain liabilities; (iv) Emerald Nuclear Inc. as the Back-Up Bidder for the pylon transportable reactor platform Assets, with a Bid comprised of a $3,200,000 cash purchase price plus the assumption of certain liabilities; and (v) Global SMR Inc. for the micro modular reactor Assets, with a Bid comprised of a $1,400,000 cash purchase price plus the assumption of certain liabilities.

**PLEASE TAKE FURTHER NOTICE** that, on **December 18, 2024 at 3:00 p.m. (ET)**, a hearing to consider approval of the Sales of the Assets to the Successful Bidders, free and clear of all liens, claims, and encumbrances, will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Dated:  December 13, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Elizabeth S. Justison (No. 5911)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
           mlunn@ycst.com
           ejustison@ycst.com
           sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*