IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Ultra Safe Nuclear Corporation, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-12443 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2024 AT 3:00 P.M. (ET)

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

### RESOLVED MATTERS

1. Debtors' Motion for Entry of an Order Extending Time to File Initial Rule 2015.3 Reports [D.I. 166; 11/27/24]

    Related Pleadings:

    　　a)　　Certificate of No Objection [D.I. 212; 12/12/24]

    　　b)　　Order Extending Time to File Initial Rule 2015.3 Reports [D.I. 213; 12/13/24]

    Objection Deadline:　　　　December 11, 2024 at 4:00 p.m. (ET)

---

[1]　The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: Ultra Safe Nuclear Corporation (9774); Ultra Safe Nuclear Corporation – Technologies (9815); USNC-Power Ltd. (6500); and Global First Power Limited (7980). The Debtors' mailing address is 200 Europia Ave., Oak Ridge, Tennessee 37830.

[2]　**Amended items appear in bold.**

    Objections/Informal Responses:    None.

    Status:    An order has been entered by the Court. No hearing is necessary.

2. Application of Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of November 15, 2024 [D.I. 170; 11/27/24]

    Related Pleadings:

    a) Certification of Counsel [D.I. 219; 12/13/24]

    b) Order Authorizing Retention and Employment of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of November 15, 2024 [D.I. 222; 12/13/24]

    Objection Deadline:    December 11, 2024 at 4:00 p.m. (ET)

    Objections/Informal Responses:

    c) Informal Response from the Office of the United States Trustee

    Status:    An order has been entered by the Court. No hearing is necessary.

3. Application of Official Committee of Unsecured Creditors of Ultra Safe Nuclear Corporation for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel Effective as of November 15, 2024 [D.I. 171; 11/27/24]

    Related Pleadings:

    a) Certification of Counsel [D.I. 220; 12/13/24]

    b) Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of Ultra Safe Nuclear Corporation, *et al.*, Effective as of November 15, 2024 [D.I. 223; 12/13/24]

    Objection Deadline:    December 11, 2024 at 4:00 p.m. (ET)

    Objections/Informal Responses:

    c) Informal Response from the Office of the United States Trustee

    Status:    An order has been entered by the Court. No hearing is necessary.

4.     Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisor to the Official Committee of Unsecured Creditors Effective November 15, 2024 [D.I. 172; 11/27/24]

    Related Pleadings:

        a)     Certification of Counsel [D.I. 221; 12/13/24]

        b)     Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Employment and Retention of Emerald Capital Advisors as Financial Advisor to the Official Committee of Unsecured Creditors Effective November 15, 2024 [D.I. 224; 12/13/24]

    Objection Deadline:     December 11, 2024 at 4:00 p.m. (ET)

    Objections/Informal Responses:

        c)     Informal Response from the Office of the United States Trustee

    Status:     An order has been entered by the Court. No hearing is necessary.

## MATTERS GOING FORWARD

5.     Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests [D.I. 33; 10/30/24]

    Related Pleadings:

        a)     Declaration of Lorie R. Beers in Support of Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreements, and (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests [D.I. 110; 11/20/24]

        b)     Notice of Filing of Revised Stalking Horse Agreement [D.I. 112; 11/20/24]

c) Notice of Filing of Executed Revised Stalking Horse Agreement [D.I. 140; 11/21/24]

d) Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors' Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief [D.I. 141; 11/21/24]

e) Notice of Sale, Bidding Procedures, Auction, Sale Hearing, and Objection Deadline [D.I. 147; 11/25/24]

f) Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 152; 11/26/24]

g) Notice Identifying Qualified Bidders [D.I. 206; 12/12/24]

h) Notice of Successful Bidders [D.I. 227; 12/13/24]

i) Declaration of Lorie R. Beers in Support of Entry of the Sale Orders (A) Authorizing the Sale and Transfer of Certain Assets Free and Clear of All Liens, Claims, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts, and (C) Granting Related Relief [D.I. 229; 12/16/24]

j) Declaration of Kurt A. Terrani in Support of Entry of the Sale Orders (A) Authorizing the Sale and Transfer of Certain Assets Free and Clear of All Liens, Claims, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts, and (C) Granting Related Relief [D.I. 230; 12/16/24]

k) Notice of Filing of Proposed Sale Order Approving Sale to Nano Nuclear Energy Inc. [D.I. 232; 12/16/24]

l) Notice of Filing of Revised Proposed Sale Order Approving Sale to Standard Nuclear, Inc. [D.I. 233; 12/16/24]

Cure Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET)

Cure Objections/Informal Responses:

m) National Technology & Engineering Solutions of Sandia, LLC's Objection to Debtors' Notice of Possible Assumption and Assignment of Certain

        Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 193; 12/9/24]

n) Response and Limited Opposition of Creditor AVS, Inc. to Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 198; 12/10/24]

o) Objection of Hatch Associates Consultants, Inc. to Notice of Possible Assumption and Assignment of Certain Executory Contracts in Connections with Sale [D.I. 199; 12/10/24]

p) Limited Objection and Reservation of Rights of Hyundai Engineering Co. Ltd. to Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts or Unexpired Leases and Cure Amount [D.I. 200; 12/10/24]

q) Oracle's Limited Objection to and Reservation of Rights Regarding Debtors Sale Motion and Related Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 201; 12/10/24]

r) [Corrected] Limited Objection and Reservation of Rights of Hyundai Engineering Co. Ltd. to Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts or Unexpired Leases and Cure Amount [D.I. 202; 12/11/24]

s) Limited Objection of UT-Battelle, LLC to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 208 (*Sealed*); 12/12/24] & [D.I. 214 (*Redacted*); 12/12/24]

t) Exhibit A to Limited Objection of UT-Battelle, LLC to Debtors' Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 215 (*Sealed*); 12/13/24] & [D.I. 217 (*Redacted*); 12/13/24]

u) Informal Response from University of Illinois at Urbana Champaign

Sale Objection Deadline:   December 11, 2024 at 4:00 p.m. (ET), extended for the Office of the United States Trustee to December 16, 2024 at 10:00 a.m. (ET), and for the Official Committee of Unsecured Creditors to December 15, 2024

Sale Objections/Informal Responses:

v) X Energy LLC's Limited Objection and Reservation of Rights to Debtors' Bidding Procedures and Sale Motion [D.I. 51; 11/1/24]

32535292.1

w) Limited Objection of UT-Battelle, LLC to Debtors' Motion for Order Approving Purchase Agreements and Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests [D.I. 210; 12/12/24]

x) X-Energy LLC's Limited Objection to Debtors' Proposed Sale of Substantially All Assets [D.I. 228; 12/16/24]

y) Informal Response from the Office of the United States Trustee

**Additional Pleadings:**

**z)** **Notice of Filing Schedules to the Revised Stalking Horse Agreement Under Seal [D.I. 235 (*Sealed Version*); 12/16/24]**

**aa)** **Notice of Filing of Further Revised Proposed Sale Order Approving Sale to Standard Nuclear, Inc. [D.I. 253; 12/18/24]**

**bb)** **Notice of Filing of Nano Nuclear Energy Inc. Sale Order with Exhibits [D.I. 254; 12/18/24]**

**cc)** **Notice of Filing of Standard Nuclear, Inc. Sale Order with Exhibits [D.I. 255; 12/18/24]**

Status: With respect to the Cure Responses listed as items (m) – (u), the Debtors and the Successful Bidders are continuing to refine which contracts are designated for assumption and assignment and will work with the responding parties to resolve any applicable disputes. These matters are adjourned to a date and time to be mutually determined. With respect to the responses listed as items (v), (x), and (y), these matters are resolved. **With respect to item (w), this matter has been resolved through further revisions to the proposed order listed as item (aa). This matter is going forward on an uncontested basis.**

6. Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rule 2004 and Local Bankruptcy Rule 2004-1 Authorizing and Directing the Production of Documents from the Debtors and Additional Parties [D.I. 168; 11/27/24]

   Related Pleadings:    None.

   Objection Deadline:    Extended for the Debtors to December 15, 2024

   Objections/Informal Responses:

   a) USNC Investment, LLC's Objection to the Official Committee of Unsecured Creditors' (A) Rule 2004 Motion and (B) Motion to Shorten Filed in Connection Therewith [D.I. 176; 12/2/24]

Status: This matter is going forward.

Dated: December 18, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Elizabeth S. Justison (No. 5911)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mnestor@ycst.com
mlunn@ycst.com
ejustison@ycst.com
sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*